# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DAVID ALONZO RAY MCDONALD, ) ) ) | |
| Petitioner, ) | |
| v. ) | Case No. 1:19-cv-01958-KOB-SGC |
| ) | |
| JIMMY KILGORE, ) ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On July 23, 2020, the magistrate judge entered a report recommending that the court dismiss as moot David Alonzo Ray McDonald's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. (Doc. 11). The magistrate judge advised the parties of their right to file specific written objections within fourteen days from the entry date of the report. The court has received no objections.[1]

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her

---

[1] McDonald is no longer confined in the Talladega County Jail and the copy of the Report and Recommendation mailed to him came back as "Undeliverable." (Doc. 12). McDonald has failed to provide the court with his current address. A search of the online database maintained by the Alabama Department of Corrections ("ADOC") indicates McDonald is no longer confined in any ADOC facility.

recommendation. In accordance with the recommendation, the court finds the petition for writ of habeas corpus should be dismissed as moot.

The court will enter a separate Final Order.

DONE and ORDERED this 25th day of September, 2020.

*Karon O. Bowdre*
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE